9/14/015

honorable Abel Acosta

Confirmacion a lo        Clerk

Relacionado de

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015
Abel Acosta, Clerk

1sTorial medico

honorable Abel Acosta

Harris County. 11/22/011.

Con Todo el RespeTo que se merese. me honrra
enviarle esTa Confirmacion. y Recordarle que la
Fecha. 11/22/011 que los ResulTados que ConsierNen a los
Tes medicos supuesTamenTe. fue una offensa. Por la seccion
Penal de Texas. (23). 21·11·90/22021 se llego el Tienpo que me Trasladaron
a una Pricion. alli hauTerisaron. los medicos que me
Isieran Con Presicion Todos los Tes. Para una ehaluacion
el medico afirmo que se Tardarian 14 dias Para saber
el dianosTico. y se llego la Fecha esperada. Todos los
medicos. de esa Pricion Tuvimos un dialoGo. Por mi isTorial
medico. y ellos confirmaron disiendome FeliciTaciones
Todos los dianosTicos salieron neGaTivos. y Tube la
hoPorTunidad. de Pedirte. Todas las coPias de mi Record
medico, y No los TenGo en mi Poder. y desPues me
Trasladaron a Bocharon Tx. alli mi isieron Tes medico
Todos salieron neGaTivos. la Fecha asiGnada. 6/10/015
8/24/015 STring Felou. Rosharon Texas. Tubimos una Reunion
con los medicos. el dialoGo es BeferenTe. a la iNFeccion
HSV2 - HSV2 Cronica. HIV. ellos ComFirmaron. que No Existe
Evidencia eN mi dianosTicos medicos. Que soy NeGaTivo
de iNFeccion venerea Cronica
Por eso ellos No me dan medicamenTo o TraTamienTo
medicos

Coontinuando

el istorial medico

los medicos de medicina Jeneral ellos me an entregado
Todos los documentos. de istorial medico. de diaunasticos
Resientes. No indican infecciones venerias o
Cronicas. ellos no me han hecho Prevenciones por al
Guna infeccion cronica yo no he Tenido efectos
seGundarios. No Primarios. le Pedi copias a la
docTora Carolyn Pruthaler. Por el medicamento asiGnado
duranTe esTove en custodia en Harris counTy Jail
se Reusa ToTalmenTe. y el nombre del docTor y la
Fecha del TraTamienTo Por la suPuesTa infeccion
HSV1-HSV2-o HIV. Todos se Reusan. No quieren
asePTar. el herror. les Pedi huellas dacTilares del arma
Por que en ese momenTo yo no esTava en Posicion
de arma el arma la PorTava. mi exPosa en su
mano derecha. les Pedi una Reunion en Privado
con los medicos de Harris counTy Jail. al aboGado
RicardoN Gonzalez. se Reuso en varias ocaciones
les pedi Pruevas aDN esPerma o saliva o sudor. Plasma
hoTras Evidencias conduduenTes. el aboGado Ricardo
comPirmo que no ExisTia Todas Evidencia. yo no
he comeTido. esa acTividad mosTroza con mi Propia
hiTa Yo no soy emFermo sexual. No soy sicoPaTa
miexesPosu. a echo Todo el simulacro de violacion
comPrando. esTa FrascosdeampolleTas Para inrriTacion
vaTinal y esTomacal. y yo le enconTre asiendole
cosas auseNas en su arica Privade a mi hiTa en el hańo
mi exesPosa es la proTaGonisTa de Todo esTe Problema

honorable Abel Acosta 9/14/015
Clerk

se le saluda Nuevamente

es un honor escribirle esta carta. y pidiendole
permiso para que me la Resiva y dispensandome
que esta escrita en español y espero su Comprension

honoralble Abel Acosta

Resivi su Correspondencia Con la Triste Noticia
por la Negacion de la Peticion. No estoy enterado
por la Razon de la Negacion. le Pido que Comprenda
yo No se las leyes de este Paiz. y lamentable el
idioma. le Aclaro que la Persona. que iso la documentacion
No me dio informacion Completa. o asesoria a lo
Relacionado. solo me Confirmo. que abia varios herrores
ConTitucionales. y que el abogado Ricardo Gonzalez
No me Represento. legalmente. esa aclaracion. yo estoy
de acuerdo. el abogado Ricardo N. Gonzalez. meTrato promezas
sin cumplir al Prinsipio. y Testimonio variables. el abogado
Confirmava que no avia Evidencia. para que yo fuera a
Piicion. el de su Propio Testimonio. me aclaro que porel
me deJava libre; ellos lo quieren castigar y la
otra Comfirmacion. fue en el Juicio. No se aGa Cullable
el aclaro que por eso me iva dar una alPelacion. Por mi
iNosencia.